# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| PADILLA, BENJAMIN C.<br>GALDAMEZ, JESSICA V. | Case No. 18-80853 |
| | JUDGE THOMAS M. LYNCH |
| Debtor(s) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 13, 2018, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney David L. Stretch
Law Office of David L. Stretch
5447 W. Bull Valley Road
McHenry, IL  60050-7410
stretchlaw@gmail.com

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

/s/ Colleen M. Lemek

Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (fax)
jolsenlaw@comcast.net

NFR Certificate of Service.wpd

BMO Harris Bank NA
P.O. Box 3050
Cedar Rapids, IA 52406

American Express National Bank
c/o Beckett and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Citibank, N.A.
701 E. 60th Street North
Sioux Falls, SD 57117

PYOD, LLC its successors and assigns
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Capital One, N.A.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Benjamin C. Padilla
625 David Street
Lake in the Hills, IL 60156-5204

Jessica V. Galdamez
625 David Street
Lake in the Hills, IL 60156-5204