# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re:  PADILLA, BENJAMIN C                     § Case No. 18-80853
       GALDAMEZ, JESSICA V                    §
                                              §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $259,089.17            Assets Exempt: $39,328.17
(without deducting any secured claims)

Total Distribution to Claimants: $3,495.76      Claims Discharged
                                                Without Payment: $83,906.06

Total Expenses of Administration: $4,504.24
```

    3) Total gross receipts of $    8,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,504.24 | 4,504.24 | 4,504.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 87,401.82 | 87,401.82 | 3,495.76 |
| **TOTAL DISBURSEMENTS** | $0.00 | $91,906.06 | $91,906.06 | $8,000.00 |

4) This case was originally filed under Chapter 7 on April 17, 2018. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2019        By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Peterbilt 387, 1,100,000 miles, Location: 6 | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 1,550.00 | 1,550.00 | 1,550.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 53.86 | 53.86 | 53.86 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,097.25 | 1,097.25 | 1,097.25 |
| Other - Maggio Truck Center | 2420-000 | N/A | 975.00 | 975.00 | 975.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Lee Auction Service | 2500-000 | N/A | 800.00 | 800.00 | 800.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 3.13 | 3.13 | 3.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,504.24** | **$4,504.24** | **$4,504.24** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BMO Harris Bank NA | 7100-000 | N/A | 22,846.03 | 22,846.03 | 914.57 |
| 2 | American Express National Bank | 7100-000 | N/A | 12,933.67 | 12,933.67 | 517.76 |
| 3 | American Express National Bank | 7100-000 | N/A | 14,366.17 | 14,366.17 | 575.11 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,220.65 | 2,220.65 | 88.90 |
| 5 | American Express National Bank | 7100-000 | N/A | 78.28 | 78.28 | 0.00 |
| 6 | U.S. Bank National Association | 7100-000 | N/A | 6,797.20 | 6,797.20 | 272.11 |
| 7 | Department Stores National Bank | 7100-000 | N/A | 1,438.31 | 1,438.31 | 57.58 |
| 8 | Citibank, N.A. | 7100-000 | N/A | 6,100.28 | 6,100.28 | 244.21 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 10,103.33 | 10,103.33 | 404.46 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,226.55 | 2,226.55 | 89.13 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Department Stores National Bank | 7100-000 | N/A | 2,271.83 | 2,271.83 | 90.95 |
| 12 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 5,686.31 | 5,686.31 | 227.64 |
| 13 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 176.63 | 176.63 | 7.07 |
| 14 | Capital One, N.A. | 7100-000 | N/A | 156.58 | 156.58 | 6.27 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $87,401.82 | $87,401.82 | $3,495.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-80853  
**Case Name:** PADILLA, BENJAMIN C  
GALDAMEZ, JESSICA V  
**Period Ending:** 03/26/19

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/17/18 (f)  
**§341(a) Meeting Date:** 05/29/18  
**Claims Bar Date:** 09/13/18

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 625 David Street, Lake in the Hills, IL 60156-00 | 228,005.00 | 0.00 | | 0.00 | FA |
| 2 | 2005 Volkswagen Toureg, 105,000 miles, Location: | 2,847.00 | 0.00 | | 0.00 | FA |
| 3 | 2003 Toyota Echo, 80,000 miles, Location: 625 Da | 1,788.00 | 0.00 | | 0.00 | FA |
| 4 | 2004 Toyota Sequoia, 110,000 miles, Location: 62 | 2,089.00 | 0.00 | | 0.00 | FA |
| 5 | 2005 Peterbilt 387, 1,100,000 miles, Location: 6 | 10,000.00 | 7,000.00 | | 8,000.00 | FA |
| 6 | 2017 Great Dane, 18,000 miles. Entire property v | 18,000.00 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 9 | 1 dog, no commercial value. Location: 625 David | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: US Bank ...6402 | 980.17 | 0.00 | | 0.00 | FA |
| 12 | Checking: Bank of America - ...3181 | 17.33 | 0.00 | | 0.00 | FA |
| 13 | Checking: Bank of America - ...6844 Trans Moran | 44.04 | 0.00 | | 0.00 | FA |
| 14 | Checking: Bank of America Defenders of Wildlife | 1,261.63 | 0.00 | | 0.00 | FA |
| 15 | Trans Moran LLC Location: 625 David Street, Lake | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Security dep. and prepayments: Ooida Truck Insur | 1,000.00 | 0.00 | | 0.00 | FA |
| 17 | 2017 Tax Year Refund: Federal | 1,807.00 | 0.00 | | 0.00 | FA |
| 18 | Term life insurance through employer, no cash su | 0.00 | 0.00 | | 0.00 | FA |
| 18 | **Assets Totals** (Excluding unknown values) | **$269,089.17** | **$7,000.00** | | **$8,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):**    November 13, 2018  (Actual)

Printed: 03/26/2019 11:23 AM    V.14.50

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 18-80853 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | PADILLA, BENJAMIN C | | Bank Name: | Rabobank, N.A. |
| | GALDAMEZ, JESSICA V | | Account: | ******9866 - Checking Account |
| Taxpayer ID #: | **-***0083 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/26/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/10/18 | {5} | Lee Auction Service | SALES PROCEEDS-PERSONAL PROPERTY | 1129-000 | 8,000.00 | | 8,000.00 |
| 07/17/18 | 101 | Maggio Truck Center | Towing Peterbilt from Lake in the Hills, IL, to Lee's Auction in Belvidere, IL | 2420-000 | | 975.00 | 7,025.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,015.00 |
| 08/02/18 | 102 | Lee Auction Service | AUCTIONEER'S FEES | 2500-000 | | 800.00 | 6,215.00 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,205.00 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 6,200.00 |
| 12/13/18 | 103 | BMO Harris Bank NA | Check for Claim No. 1 | 7100-000 | | 914.57 | 5,285.43 |
| 12/13/18 | 104 | American Express National Bank | Check for Claim No. 2 | 7100-000 | | 517.76 | 4,767.67 |
| 12/13/18 | 105 | American Express National Bank | Check for Claim No. 3 | 7100-000 | | 575.11 | 4,192.56 |
| 12/13/18 | 106 | Capital One Bank (USA), N.A. | Check for Claim No. 4 | 7100-000 | | 88.90 | 4,103.66 |
| 12/13/18 | 107 | American Express National Bank | Check for Claim No. 5 Voided on 12/13/18 | 7100-004 | | 3.13 | 4,100.53 |
| 12/13/18 | 107 | American Express National Bank | Check for Claim No. 5 Voided: check issued on 12/13/18 | 7100-004 | | -3.13 | 4,103.66 |
| 12/13/18 | 108 | U.S. Bank National Association | Check for Claim No. 6 | 7100-000 | | 272.11 | 3,831.55 |
| 12/13/18 | 109 | Department Stores National Bank | Check for Claim No. 7 | 7100-000 | | 57.58 | 3,773.97 |
| 12/13/18 | 110 | Citibank, N.A. | Check for Claim No. 8 | 7100-000 | | 244.21 | 3,529.76 |
| 12/13/18 | 111 | PYOD, LLC its successors and assigns as assignee | Check for Claim No. 9 | 7100-000 | | 404.46 | 3,125.30 |
| 12/13/18 | 112 | PYOD, LLC its successors and assigns as assignee | Check for Claim No. 10 | 7100-000 | | 89.13 | 3,036.17 |
| 12/13/18 | 113 | Department Stores National Bank | Check for Claim No. 11 | 7100-000 | | 90.95 | 2,945.22 |
| 12/13/18 | 114 | PYOD, LLC its successors and assigns as assignee | Check for Claim No. 12 | 7100-000 | | 227.64 | 2,717.58 |
| 12/13/18 | 115 | Quantum3 Group LLC as agent for | Check for Claim No. 13 | 7100-000 | | 7.07 | 2,710.51 |
| 12/13/18 | 116 | Capital One, N.A. | Check for Claim No. 14 | 7100-000 | | 6.27 | 2,704.24 |
| 12/13/18 | 117 | Attorney Joseph D Olsen | Pursuant to Order entered 12/12/2018 (Doc 46). | 3110-000 | | 1,097.25 | 1,606.99 |
| 12/13/18 | 118 | JOSEPH D. OLSEN | Pursuant to Order entered 12/12/2018 (Doc 46). | 2100-000 | | 1,550.00 | 56.99 |
| 12/13/18 | 119 | JOSEPH D. OLSEN | Pursuant to Order entered 12/12/2018 (Doc 46). | 2200-000 | | 53.86 | 3.13 |
| 12/13/18 | 120 | Clerk of the United States Bankruptcy Court | Deposit of Small Dividend Funds for Claim No. 5 Pursuant to Rule 3010(a). | 2700-000 | | 3.13 | 0.00 |

Subtotals : $8,000.00 $8,000.00

{} Asset reference(s)

Printed: 03/26/2019 11:23 AM V.14.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 18-80853 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| **Case Name:** | PADILLA, BENJAMIN C | | **Bank Name:** | Rabobank, N.A. |
| | GALDAMEZ, JESSICA V | | **Account:** | ******9866 - Checking Account |
| **Taxpayer ID #:** | **-***0083 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 03/26/19 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 8,000.00 | 8,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,000.00 | 8,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,000.00** | **$8,000.00** | |

Net Receipts :   8,000.00

Net Estate :   $8,000.00

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******9866** | 8,000.00 | 8,000.00 | 0.00 |
| | $8,000.00 | $8,000.00 | $0.00 |

{} Asset reference(s)   Printed: 03/26/2019 11:23 AM   V.14.50